IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTY COBLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:09-1015 |
| HARTSVILLE CONVALESCENT CENTER, INC., | ) |
| Defendant. | ) |

**ORDER**

The Court has been advised that all matters in dispute have been resolved through mediation.

Counsel are congratulated and this case is closed.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge